# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-224
_____

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Appellant,

    v.

FRANK COLEMAN and WANDA
COLEMAN,

    Appellees.

_____

On appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

March 22, 2018

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and WETHERELL and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rhonda B. Boggess and Gina P. Grimsley of Taylor, Day, Grim & Boyd, P.A., Jacksonville, and C. Andrew Weddle of Harrison, Sale, McCloy, Panama City, for Appellant.

Louis K. Rosenbloum of Louis K. Rosenbloum, P.A., Pensacola, and Edwin Walborsky and Brent F. Bradley of Walborsky & Bradley, PLLC, Pensacola, for Appellees.